# I-80 Equipment, LLC
## MEMBERS DRAW Register
### January 1, 2015 - July 31, 2019

| Date | Number | Payee | Increase | Decrease | Balance | Type | Account | Memo |
|---|---|---|---|---|---|---|---|---|
| 12/6/2015 | | WALMART | | $217.72 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 12/12/2015 | | WALMART | | $50.00 | | #REF! | Credit Card 1537 - FIR! | PAYPAL |
| 12/13/2015 | | WALMART | | $7.03 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 12/19/2015 | | WALMART | | $70.93 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 12/20/2015 | | WALMART | | $66.00 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 1/2/2016 | | WALMART | | $9.15 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 1/10/2016 | | WALMART | | $124.42 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 1/16/2016 | | WALMART | | $41.13 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 1/17/2016 | | WALMART | | $148.87 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 1/21/2016 | | WALMART | | $32.95 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 2/13/2016 | | WALMART | | $64.99 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 2/15/2016 | | WALMART | | $33.57 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 2/23/2016 | | WALMART | | $38.18 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 2/27/2016 | | WALMART | | $13.17 | | #REF! | Credit Card 0847 - FIR! | WALMART |
| 3/1/2016 | | WALMART | | $53.43 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 3/6/2016 | | WALMART | | $13.83 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 3/6/2016 | | WALMART | | $60.95 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 3/18/2016 | | WALMART | | $40.52 | | #REF! | Credit Card 9648 - FIR! | WALMART |
| 3/23/2016 | | WALMART | | $20.01 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 3/27/2016 | | WALMART | | $25.60 | | #REF! | Credit Card 1537 - FIR! | WALMART |
| 3/27/2016 | | WALMART | | $1,097.35 | | #REF! | Credit Card 9648 - FIR! | WALMART |
| 4/5/2016 | | WALMART | | $26.27 | | #REF! | Credit Card 20005 - FIF | | |
| 4/7/2016 | | WALMART | | $26.27 | | #REF! | Credit Card 1537 - FIR! | |
| 4/8/2016 | | WALMART | | $6.32 | | #REF! | Credit Card 1537 - FIR! | |
| 4/9/2016 | | WALMART | | $63.20 | | #REF! | Credit Card 1537 - FIR! | |
| 4/10/2016 | | WALMART | | $9.86 | | #REF! | Credit Card 1537 - FIR! | |
| 4/27/2016 | | WALMART | | $36.30 | | #REF! | Credit Card 0783 - FIR! | |
| 4/30/2016 | | WALMART | | $95.19 | | #REF! | Credit Card 0783 - FIR! | |
| 5/6/2016 | | WALMART | | $11.21 | | #REF! | Credit Card 0847 - US | |
| 5/8/2016 | | WALMART | | $82.44 | | #REF! | Credit Card 0847 - US | |
| 5/13/2016 | | WALMART | | $13.75 | | #REF! | Credit Card 0847 - US | |
| 5/14/2016 | | WALMART | | $26.25 | | #REF! | Credit Card 0847 - US | 0 |
| 5/15/2016 | | WALMART | | $6.58 | | #REF! | Credit Card 0783 - FIR! | 0 |
| 6/12/2016 | | WALMART | | $12.70 | | #REF! | Credit Card 0783 - FIR! | 0 |
| 6/16/2016 | | WALMART | | $178.51 | | #REF! | Credit Card 9648 - FIR! MISC GROCERY ITEMS |



PLAINTIFF'S EXHIBIT

| Date | Merchant | Amount | Reference | |
|---|---|---|---|---|
| 6/18/2016 | WALMART | $57.43 | #REF! Credit Card 0783 - FIR! | 0 |
| 7/2/2016 | WALMART | $44.46 | #REF! Credit Card 0847 - US | 0 |
| 7/3/2016 | WALMART | $28.17 | #REF! Credit Card 0847 - US | 0 |
| 7/9/2016 | WALMART | $5.11 | #REF! Credit Card 0847 - US | 0 |
| 7/10/2016 | WALMART | $20.71 | #REF! Credit Card 0847 - US | 0 |
| 07102016 | WALMART | $80.68 | #REF! Credit Card 0847 - US | 0 |
| 7/14/2016 | WALMART | $9.31 | #REF! Credit Card 0847 - US | 0 |
| 7/19/2016 | WALMART | $25.10 | #REF! Credit Card 0847 - US | 0 |
| 7/19/2016 | WALMART | $29.56 | #REF! Credit Card 0783 - FIR! | 0 |
| 7/26/2016 | WALMART | $19.82 | #REF! Credit Card 0847 - US | 0 |
| 7/28/2016 | WALMART | $5.11 | #REF! Credit Card 0847 - US | 0 |
| 8/3/2016 | WALMART | $20.71 | #REF! Credit Card 0847 - US | 0 |
| 8/3/2016 | WALMART | $80.68 | #REF! Credit Card 0847 - US | 0 |
| 8/3/2016 | WALMART | $9.31 | #REF! Credit Card 0847 - US | 0 |
| 8/3/2016 | WALMART | $25.10 | #REF! Credit Card 0847 - US | 0 |
| 8/3/2016 | WALMART | $30.83 | #REF! Credit Card 0847 - US | 0 |
| 8/8/2016 | WALMART | $23.05 | #REF! Credit Card 0847 - US | 0 |
| 8/21/2016 | WALMART | $42.14 | #REF! Credit Card 0847 - US | 0 |
| 8/22/2016 | WALMART | $20.17 | #REF! Credit Card 9648 - FIR! | 0 |
| 9/3/2016 | WALMART | $20.17 | #REF! Credit Card 0847 - US | 0 |
| 9/21/2016 | WALMART | $9.75 | #REF! Credit Card 0783 - FIR! | 0 |
| 10/2/2016 | WALMART | $60.51 | #REF! Credit Card 0847 - US | 0 |
| 10/14/2016 | WALMART | $17.70 | #REF! Credit Card 0847 - US | 0 |
| 10/20/2016 | WALMART | $20.12 | #REF! Credit Card 0783 - FIR! | 0 |
| 10/24/2016 | WALMART | $49.62 | #REF! Credit Card 1180 - US | 0 |
| 10/26/2016 | WALMART | $61.92 | #REF! Credit Card 1180 - US | 0 |
| 11/13/2016 | WALMART | $40.13 | #REF! Credit Card 0783 - FIR! | 0 |
| 11/21/2016 | WALMART | $29.82 | #REF! Credit Card 0847 - US | 0 |
| 11/22/2016 | WALMART | $22.58 | #REF! Credit Card 0847 - US | 0 |
| 11/22/2016 | WALMART | $97.59 | #REF! Credit Card 0847 - US | 0 |
| 11/26/2016 | WALMART | $56.59 | #REF! Credit Card 0847 - US | 0 |
| 11/26/2016 | WALMART | $1.01 | #REF! Credit Card 0847 - US | 0 |
| 11/27/2016 | WALMART | $8.45 | #REF! Credit Card 0847 - US | 0 |
| 12/2/2016 | WALMART | $9.49 | #REF! Credit Card 0847 - US | 0 |
| 12/3/2016 | WALMART | $35.00 | #REF! Credit Card 0847 - US | 0 |
| 12/8/2016 | WALMART | $18.06 | #REF! Credit Card 0847 - US | 0 |
| 12/13/2016 | WALMART | $1.70 | #REF! Credit Card 0847 - US | 0 |
| 12/14/2016 | WALMART | $16.12 | #REF! Credit Card 0847 - US | 0 |
| 12/15/2016 | WALMART | $10.51 | #REF! Credit Card 0433 - FIR! | 0 |
| 12/16/2016 | WALMART | $23.11 | #REF! Credit Card 0847 - US | 0 |
| 12/17/2016 | WALMART | $125.99 | #REF! Credit Card 0783 - FIR! | 0 |
| 12/22/2016 | WALMART | $214.36 | #REF! Credit Card 0783 - FIR! | 0 |
| 12/24/2016 | WALMART | $123.51 | #REF! Credit Card 0783 - FIR! | 0 |
| 12/28/2016 | WALMART | $8.27 | #REF! Credit Card 0783 - FIR! | 0 |
| 12/29/2016 | WALMART | $12.75 | #REF! Credit Card 0783 - FIR! | 0 |
| 12/31/2016 | WALMART | | | |

| Date | Date | Vendor | Amount | Reference | Note | |
|---|---|---|---|---|---|---|
| 1/10/2017 | | WALMART | $18.02 | #REF! | Credit Card 0847 - US | 0 |
| 1/11/2017 | | WALMART | $3.78 | #REF! | Credit Card 0847 - US | 0 |
| 1/15/2017 | | WALMART | $23.97 | #REF! | Credit Card 0783 - FIR! | 0 |
| 1/18/2017 | | WALMART | $16.21 | #REF! | Credit Card 0783 - FIR! | 0 |
| 1/29/2017 | | WALMART | $7.49 | #REF! | Credit Card 0783 - FIR! | 0 |
| 1/31/2017 | | WALMART | $37.14 | #REF! | Credit Card 0783 - FIR! | 0 |
| 2/1/2017 | | WALMART | $30.38 | #REF! | Credit Card 0847 - US | 0 |
| 2/6/2017 | | WALMART | $10.78 | #REF! | Credit Card 0847 - US | 0 |
| 2/9/2017 | | WALMART | $10.02 | #REF! | Credit Card 0847 - US | 0 |
| 2/15/2017 | | WALMART | $15.71 | #REF! | Credit Card 0847 - US | 0 |
| 2/19/2017 | | WALMART | $33.27 | #REF! | Credit Card 0847 - US | 0 |
| 2/20/2017 | | WALMART | $9.97 | #REF! | Credit Card 0847 - US | 0 |
| 2/25/2017 | | WALMART | $31.83 | #REF! | Credit Card 0847 - US | 0 |
| 3/5/2017 | 3/5/2017 | WALMART | $14.76 | #REF! | Credit Card 0847 - US | 0 |
| 3/9/2017 | 3/9/2017 | WALMART | $6.54 | #REF! | Credit Card 0847 - US | 0 |
| 3/11/2017 | 3/11/2017 | WALMART | $8.27 | #REF! | Credit Card 0847 - US | 0 |
| 3/12/2017 | 3/12/2017 | WALMART | $4.63 | #REF! | Credit Card 0847 - US | 0 |
| 3/19/2017 | 3/19/2017 | WALMART | $35.29 | #REF! | Credit Card 1180 - US |ERIK JONES PERSONAL PURCHASE |
| 3/25/2017 | 3/25/2017 | WALMART | $33.66 | #REF! | Credit Card 0847 - US | 0 |
| 4/2/2017 | 4/2/2017 | WALMART | $10.36 | #REF! | Credit Card 0847 - US | 0 |
| 4/10/2017 | 4/10/2017 | WALMART | $18.53 | #REF! | Credit Card 0847 - US | 0 |
| 4/16/2017 | 4/16/2017 | WALMART | $19.69 | #REF! | Credit Card 0847 - US | 0 |
| 4/18/2017 | 4/18/2017 | WALMART | $73.75 | #REF! | Credit Card 0847 - US | 0 |
| 4/22/2017 | 4/22/2017 | WALMART | $13.94 | #REF! | Credit Card 0847 - US | 0 |
| 4/25/2017 | 4/25/2017 | WALMART | $40.48 | #REF! | Credit Card 0847 - US | 0 |
| 4/29/2017 | 4/29/2017 | WALMART | $36.67 | #REF! | Credit Card 0847 - US | 0 |
| 5/7/2017 | 5/7/2017 | WALMART | $80.94 | #REF! | Credit Card 0847 - US | 0 |
| 5/19/2017 | 5/19/2017 | WALMART | $38.59 | #REF! | Credit Card 0847 - US | 0 |
| 5/20/2017 | 5/20/2017 | WALMART | $10.22 | #REF! | Credit Card 0847 - US | 0 |
| 5/20/2017 | 5/20/2017 | WALMART | $5.00 | #REF! | Credit Card 0847 - US | 0 |
| 5/23/2017 | 5/23/2017 | WALMART | $14.45 | #REF! | Credit Card 0847 - US | 0 |
| 5/25/2017 | 5/25/2017 | WALMART | $16.69 | #REF! | Credit Card 0847 - US | 0 |
| 5/29/2017 | 5/29/2017 | WALMART | $64.64 | #REF! | Credit Card 0847 - US | 0 |
| 5/29/2017 | 5/29/2017 | WALMART | $29.01 | #REF! | Credit Card 0847 - US | 0 |
| 5/29/2017 | 5/29/2017 | WALMART | $75.59 | #REF! | Credit Card 1180 - US |FOR ERIK JONES |
| 6/3/2017 | 6/3/2017 | WALMART | $26.77 | #REF! | Credit Card 1180 - US |FOR ERIK JONES |
| 6/17/2017 | 6/17/2017 | WALMART | $37.22 | #REF! | Credit Card 9648 - FIR! FOR ERIK JONES | |
| 6/17/2017 | 6/17/2017 | WALMART | $11.88 | #REF! | Credit Card 9648 - FIR! FOR ERIK JONES | |
| 6/18/2017 | 6/18/2017 | WALMART | $15.19 | #REF! | Credit Card 0847 - US | 0 |
| 6/19/2017 | 6/19/2017 | WALMART | $194.47 | #REF! | Credit Card 4680 - US | 0 |
| 6/23/2017 | 6/23/2017 | WALMART | $172.25 | #REF! | Credit Card 4680 - US | 0 |
| 6/24/2017 | 6/24/2017 | WALMART | $19.59 | #REF! | Credit Card 1180 - US |FOR ERIK JONES |
| 6/24/2017 | 6/24/2017 | WALMART | $38.26 | #REF! | Credit Card 1180 - US |FOR ERIK JONES |
| 7/1/2017 | 7/1/2017 | WALMART | $60.47 | #REF! | Credit Card 4680 - US | 0 |
| 7/9/2017 | 7/9/2017 | WALMART | $49.30 | #REF! | Credit Card 4680 - US | 0 |

| Date | Date | Vendor | Amount | Ref | Description |
|---|---|---|---|---|---|
| 7/15/2017 | 7/15/2017 | WALMART | $32.81 | #REF! | Credit Card 1180 - US I FOR ERIK JONES |
| 7/18/2017 | 7/18/2017 | WALMART | $184.89 | #REF! | Credit Card 3844 - FIRS 0 |
| 7/25/2017 | 720600442 | WALMART | $80.36 | #REF! | Credit Card 1180 - US I FOR ERIK JONES |
| 7/26/2017 | 7/26/2017 | WALMART | $37.94 | #REF! | Credit Card 3844 - FIRS 0 |
| 7/27/2017 | 7/27/2017 | WALMART | $48.47 | #REF! | Credit Card 3844 - FIRS 0 |
| 7/29/2017 | 7/29/2017 | WALMART | $63.52 | #REF! | Credit Card 1180 - US I GROCERY ITEMS FOR ERIK JONES |
| 8/4/2017 | 8/4/2017 | WALMART | $40.20 | #REF! | Credit Card 1180 - US I GROCERIES FOR ERIK JONES |
| 8/6/2017 | 8/6/2017 | WALMART | $57.67 | #REF! | Credit Card 1180 - US I GROCERIES FOR ERIK JONES |
| 8/8/2017 | 8/8/2017 | WALMART | $39.16 | #REF! | Credit Card 4680 - US I 0 |
| 8/12/2017 | 8/12/2017 | WALMART | $4.16 | #REF! | Credit Card 1180 - US I FOR ERIK JONES |
| 8/14/2017 | 8/14/2017 | WALMART | $23.46 | #REF! | Credit Card 3844 - FIRS 0 |
| 8/22/2017 | 8/22/2017 | WALMART | $29.88 | #REF! | Credit Card 3844 - FIRS 0 |
| 8/26/2017 | 8/26/2017 | WALMART | $37.65 | #REF! | Credit Card 1180 - US I FOR ERIK JONES |
| 8/29/2017 | 8/29/2017 | WALMART | $11.78 | #REF! | Credit Card 1180 - US I FOR ERIK JONES |
| 8/30/2017 | 8/30/2017 | WALMART | $44.91 | #REF! | Credit Card 1180 - US I FOR ERIK JONES |
| 9/2/2017 | 9/2/2017 | WALMART | $43.07 | #REF! | Credit Card 1180 - US I FOR ERIK JONES |
| 9/2/2017 | 9/2/2017 | WALMART | $15.32 | #REF! | Credit Card 1180 - US I FOR ERIK JONES |
| 9/9/2017 | 9/9/2017 | WALMART | $64.66 | #REF! | Credit Card 1180 - US I ERIK JONES PERSONAL |
| 9/10/2017 | 9/10/2017 | WALMART | $40.91 | #REF! | Credit Card 3844 - FIRS 0 |
| 9/12/2017 | 9/12/2017 | WALMART | $204.21 | #REF! | Credit Card 3844 - FIRS 0 |
| 9/12/2017 | 9/12/2017 | WALMART | $53.30 | #REF! | Credit Card 1180 - US I FOR ERIK JONES |
| 9/17/2017 | 9/17/2017 | WALMART | $49.54 | #REF! | Credit Card 1180 - US I ERIK JONES PERSONAL |
| 9/22/2017 | 9/22/2017 | WALMART | $23.43 | #REF! | Credit Card 1180 - US I ERIK JONES PERSONAL |
| 9/23/2017 | 9/23/2017 | WALMART | $34.20 | #REF! | Credit Card 1180 - US I ERIK JONES PERSONAL |
| 9/23/2017 | 9/23/2017 | WALMART | $21.17 | #REF! | Credit Card 4680 - US I 0 |
| 9/24/2017 | 9/24/2017 | WALMART | $96.72 | #REF! | Credit Card 4680 - US I 0 |
| 9/26/2017 | 9/26/2017 | WALMART | $4.82 | #REF! | Credit Card 1180 - US I GROCERIES FOR ERIK JONES |
| 9/28/2017 | 9/28/2017 | WALMART | $125.34 | #REF! | Credit Card 6828 - US I TIRE FOR ERIK'S MOM |
| 9/29/2017 | 9/29/2017 | WALMART | $42.02 | #REF! | CCard Refi 6828 - US I TIRE FOR ERIK'S MOM |
| 9/30/2017 | 9/30/17 | WALMART | $22.70 | #REF! | Credit Card 1180 - US I GROCERIES FOR ERIK JONES |
| 9/30/2017 | 9/30/2017 | WALMART | $33.41 | #REF! | Credit Card 1180 - US I GROCERIES FOR ERIK JONES |
| 10/2/2017 | 10/2/2017 | WALMART | $164.92 | #REF! | Credit Card 4680 - US I 0 |
| 10/2/2017 | 10/2/2017 | WALMART | $90.00 | #REF! | Credit Card 1180 - US I MEDICATION FOR BISHOP SIBLEY PER ERIK JONES |
| 10/3/2017 | 10/3/2017 | WALMART | $8.06 | #REF! | Credit Card 1180 - US I GROCERIES FOR ERIK JONES |
| 10/3/2017 | 10/3/2017 | WALMART | $53.48 | #REF! | Credit Card 4680 - US I 0 |
| 10/5/2017 | 10/5/2017 | WALMART | $62.67 | #REF! | Credit Card 4680 - US I 0 |
| 10/11/2017 | 10/11/2017 | WALMART | $13.18 | #REF! | Credit Card 4680 - US I 0 |
| 10/14/2017 | 10/14/2017 | WALMART | $25.65 | #REF! | Credit Card 1180 - US I GROCERIES FOR ERIK JONES |
| 10/15/2017 | 10/15/2017 | WALMART | $73.86 | #REF! | Credit Card 1180 - US I GROCERIES FOR ERIK JONES AND BISHOP SIBLEY |
| 10/21/2017 | 10/21/2017 | WALMART | $43.93 | #REF! | Credit Card 4680 - US I 0 |
| 10/22/2017 | 10/22/2017 | WALMART | $5.32 | #REF! | Credit Card 4680 - US I 0 |
| 10/22/2017 | 10/22/2017 | WALMART | $53.99 | #REF! | Credit Card 1180 - US I GROCERIES FOR ERIK JONES |
| 11/15/2017 | 11/15/2017 | WALMART | $19.90 | #REF! | Bill 20000 - AC 0 |
| 11/19/2017 | 11/19/2017 | WALMART | $39.07 | #REF! | Bill 20000 - AC 0 |
| 11/19/2017 | 11/19/2017 | WALMART | $2,582.00 | #REF! | Bill 20000 - AC 0 |

| Date | Date | Description | Amount | Amount2 | Ref | Type | Account | Num |
|---|---|---|---|---|---|---|---|---|
| 11/20/2017 | 11/20/2017 | WALMART | $3.08 | 13487.32 | #REF! | Bill | 20000 - AC | 0 |
| 11/20/2017 | 11/20/2017 | WALMART | $2,582.00 | 42.02 | #REF! | Bill | 20000 - AC | 0 |

I-80 Equipment, LLC
## JP RENTALS SHORT TERM Register
January 1, 2015 - July 31, 2019

| Date | Number | Payee | Increase | Decrease | Balance | Type | Account | Memo |
|---|---|---|---|---|---|---|---|---|
| 12/30/2015 | | WALMART | $85.56 | | | Credit Card | #REF! Credit Card 4483 - FIR: | WALMART |
| 1/25/2016 | | WALMART | $22.67 | | | Credit Card | #REF! Credit Card 0580 - FIR: | WALMART |
| 2/4/2016 | | WALMART | $212.43 | | | Credit Card | #REF! Credit Card 1537 - FIR: | WALMART |
| 2/11/2016 | | WALMART | $15.68 | | | Credit Card | #REF! Credit Card 4483 - FIR: | WALMART |
| 2/24/2016 | | WALMART | $17.00 | | | Credit Card | #REF! Credit Card 0580 - FIR: | WALMART |
| 4/15/2016 | | WALMART | $21.47 | | | Credit Card | #REF! Credit Card 6162 - FIR: | 0 |
| 5/20/2016 | | WALMART | $51.82 | | | Credit Card | #REF! Credit Card 0580 - FIR: | CLEANING SUPPLIES |
| 6/22/2016 | | WALMART | $107.73 | | | Credit Card | #REF! Credit Card 4483 - FIR: | CLEANING SUPPLIES |
| 7/16/2016 | | WALMART | $5.85 | | | Credit Card | #REF! Credit Card 4483 - FIR: | BATTERIES - TIPTON HASS 6TH ST & SYCAMORE |
| 7/16/2016 | | WALMART | $6.16 | | | Credit Card | #REF! Credit Card 4483 - FIR: | AC SEAL FOR TIPTON SYCAMORE # 11 |
| 7/16/2016 | | WALMART | $220.42 | | | Credit Card | #REF! Credit Card 4483 - FIR: | WINDOW AC UNIT FOR TIPTON 6TH STREET # 8 |
| 7/16/2016 | | WALMART | $220.42 | | | Credit Card | #REF! Credit Card 4483 - FIR: | WINDOW AC UNIT FOR TIPTON SYCAMORE # 11 |
| 7/16/2016 | | WALMART | $7.21 | | | Credit Card | #REF! Credit Card 4483 - FIR: | FLUSH LEVER AND CAULK - TIPTON 6TH ST # 9 |
| 8/15/2016 | | WALMART | $13.84 | | | Credit Card | #REF! Credit Card 4483 - FIR: | CAULK AND DOOR KNOB - 6TH STREET TIPTON #7 |
| 8/30/2016 | | WALMART | $64.78 | | | Credit Card | #REF! Credit Card 4483 - FIR: | 0 |
| 9/12/2016 | | WALMART | $44.24 | | | Credit Card | #REF! Credit Card 4483 - FIR: | 0 |
| 10/14/2016 | | WALMART | $9.48 | | | Credit Card | #REF! Credit Card 0441 - FIR: | 0 |
| 10/17/2016 | | WALMART | $21.04 | | | Credit Card | #REF! Credit Card 0441 - FIR: | 0 |
| 10/24/2016 | | WALMART | $20.03 | | | Credit Card | #REF! Credit Card 0580 - FIR: | 0 |
| 11/22/2016 | | WALMART | $9.49 | | | Credit Card | #REF! Credit Card 4483 - FIR: | 0 |
| 11/5/2016 | | WALMART | $6.34 | | | Credit Card | #REF! Credit Card 4483 - FIR: | 0 |
| 11/29/2016 | | WALMART | $13.85 | | | Credit Card | #REF! Credit Card 4483 - FIR: | 0 |
| 12/9/2016 | | WALMART | $22.61 | | | Credit Card | #REF! Credit Card 4483 - FIR: | 0 |
| 1/12/2017 | | WALMART | $53.25 | | | Credit Card | #REF! Credit Card 7614 - FIR: | 0 |
| 1/24/2017 | | WALMART | $18.06 | | | Credit Card | #REF! Credit Card 0580 - FIR: | 0 |
| 2/3/2017 | | WALMART | $25.51 | | | Credit Card | #REF! Credit Card 0580 - FIR: | 0 |
| 2/5/2017 | | WALMART | $10.66 | | | Credit Card | #REF! Credit Card 4483 - FIR: | 0 |
| 4/17/2017 | 06640 | WALMART | $11.71 | | | Credit Card | #REF! Credit Card 4483 - FIR: | JP RENTALS INTERCO |
| 4/19/2017 | 04665 | WALMART | $257.66 | | | Credit Card | #REF! Credit Card 0580 - FIR: | JP RENTALS MALIBU |
| 4/27/2017 | 4/27/2017 | WALMART | $9.00 | | | Credit Card | #REF! Credit Card 1969 - US | I4 TIRES FOR JP RENTALS MALIBU |
| 10/13/2017 | 10/13/2017 | WALMART | $135.63 | | | Credit Card | #REF! Credit Card 7614 - FIR: | JP RENTALS INTERCO |
| 10/14/2017 | 10/14/2017 | WALMART | $137.67 | | | Credit Card | #REF! Credit Card 7614 - FIR: | JP RENTALS INTERCO |
| 11/4/2017 | 11/4/2017 | WALMART | $207.60 | | | Credit Card | #REF! Credit Card 9151 - US | I JP RENTALS INTERCO |

2086.87    0



PLAINTIFF'S EXHIBIT B

I-80 Equipment, LLC
DUE FROM JONES LEASE PROPERTIES, LLC Register
January 1, 2015 - July 31, 2019

| Date | Number | Payee | Increase | Decrease | Balance |
|---|---|---|---|---|---|
| 12/24/2015 | | WALMART | | $101.75 | #REF! |
| 6/22/2016 | | WALMART | | $11.07 | #REF! |
| 8/6/2016 | | WALMART | | $21.04 | #REF! |
| 8/18/2016 | | WALMART | | $47.41 | #REF! |
| 9/12/2016 | | WALMART | | $12.33 | #REF! |
| 11/17/2016 | | WALMART | | $75.96 | #REF! |
| 11/21/2016 | | WALMART | | $46.76 | #REF! |
| 11/30/2016 | | WALMART | | $124.73 | #REF! |
| 12/28/2016 | | WALMART | | $69.26 | #REF! |
| 1/2/2017 | | WALMART | | $31.25 | #REF! |
| 1/9/2017 | | WALMART | | $41.89 | #REF! |
| 2/21/2017 | | WALMART | | $63.74 | #REF! |
| 4/19/2017 | 4/19/2017 | WALMART | | $21.22 | #REF! |
| 9/25/2017 | 9/25/2017 | WALMART | | $74.43 | #REF! |
| 10/22/2017 | 10/22/2017 | WALMART | | $75.23 | #REF! |
| 10/26/2017 | 10/26/2017 | WALMART | | $24.75 | #REF! |
| | | | | 842.82 | 0 |



PLAINTIFF'S EXHIBIT

| Type | Account | Memo |
|---|---|---|
| Credit Card | 4580 - US I | WALMART |
| Credit Card | 0783 - FIR: | OFFICE SUPPLIES |
| Credit Card | 6162 - FIR: | CLAMP LIGHT X2 AND TAPE - 508 12TH ST SILVIS |
| Credit Card | 0580 - FIR: | HOSE, GLOVES, YARD STAPLES, GARDEN TROWEL, CULTIVATOR - 2348 TROY DR. EAST MOLINE |
| Credit Card | 6162 - FIR: | 0 |
| Credit Card | 7614 - FIR: | 0 |
| Credit Card | 0580 - FIR: | 0 |
| Credit Card | 7614 - FIR: | 0 |
| Credit Card | 0441 - FIR: | 0 |
| Credit Card | 7614 - FIR: | 0 |
| Credit Card | 7614 - FIR: | 0 |
| Credit Card | 9757 - US J | 0 |
| Credit Card | 0580 - FIR: | JONES LEASE INTERCO |
| Credit Card | 5983 - US J | JONES LEASE INTERCO |
| Credit Card | 7614 - FIR: | JONES LEASE INTERCO |
| Credit Card | 9757 - US J | JONES LEASE INTERCO |

# I-80 Equipment, LLC
## MEMBERS DRAW Register
### January 1, 2015 - July 31, 2019

| Date | Number | Payee | Increase | Decrease | Balance | Type | Account | Memo |
|---|---|---|---|---|---|---|---|---|
| 11/19/2017 | 11/19/2017 | SAMS CLUB | | $206.75 | #REF! | Bill | 20000 - AC | 0 |
| | | | 0 | 206.75 | | | | 0 |



PLAINTIFF'S EXHIBIT

# I-80 Equipment, LLC
## MEMBERS DRAW Register
### January 1, 2015 - July 31, 2019

| Date | Number | Payee | Increase | Decrease | Balance | Type | Account | Memo |
|---|---|---|---|---|---|---|---|---|
| 12/23/2015 | ECA | SAMS CLUB | | $915.10 | #REF! | Check | 10450 - Ct SAMS CLUB | 0 |
| 1/18/2016 | 346064 | SAMS CLUB | | $324.08 | #REF! | Check | 10450 - Ct Sam's Club - Erik | 0 |
| 3/8/2016 | 346847 | SAMS CLUB | | $745.28 | #REF! | Check | 10450 - Ct SAMS CLUB | 0 |
| 5/2/2016 | 347533 | SAMS CLUB | | $572.36 | #REF! | Check | 10450 - Ct | 0 |
| 5/13/2016 | 347615 | SAMS CLUB | | $369.01 | #REF! | Check | 10450 - Ct ERIK PURCHASES | 0 |
| 5/21/2016 | | SAMS CLUB | | $75.16 | #REF! | Credit Carc 0847 - US I | 0 |
| 6/14/2016 | | SAMS CLUB | | $424.88 | #REF! | Credit Carc 0783 - FIR! | 0 |
| 6/29/2016 | | SAMS CLUB | | $466.90 | #REF! | Credit Carc 0847 - US I | 0 |
| 7/2/2016 | | SAMS CLUB | | $261.97 | #REF! | Credit Carc 0847 - US I | 0 |
| 7/3/2016 | | SAMS CLUB | | $1.73 | #REF! | Credit Carc 0847 - US I | 0 |
| 7/3/2016 | | SAMS CLUB | | $124.46 | #REF! | Credit Carc 0847 - US I | 0 |
| 7/14/2016 | | SAMS CLUB | | $218.55 | #REF! | Credit Carc 0847 - US I | 0 |
| 7/29/2016 | | SAMS CLUB | | $308.34 | #REF! | Credit Carc 0847 - US I | 0 |
| 7/30/2016 | | SAMS CLUB | | $88.70 | #REF! | Credit Carc 0847 - US I | 0 |
| 8/3/2016 | | SAMS CLUB | | $218.55 | #REF! | Credit Carc 0847 - US I | 0 |
| 8/7/2016 | | SAMS CLUB | | $29.25 | #REF! | Credit Carc 0847 - US I | 0 |
| 8/16/2016 | | SAMS CLUB | | $1.73 | #REF! | Credit Carc 0783 - FIR! | 0 |
| 8/16/2016 | | SAMS CLUB | | $53.17 | #REF! | Credit Carc 0847 - US I | 0 |
| 8/29/2016 | | SAMS CLUB | | $135.04 | #REF! | Credit Carc 0783 - FIR! | 0 |
| 8/29/2016 | | SAMS CLUB | | $23.21 | #REF! | Credit Carc 0847 - US I | 0 |
| 9/4/2016 | | SAMS CLUB | | $229.26 | #REF! | Credit Carc 0847 - US I | 0 |
| 9/17/2016 | | SAMS CLUB | | $232.87 | #REF! | Credit Carc 0783 - FIR! | 0 |
| 9/25/2016 | | SAMS CLUB | | $2.63 | #REF! | Credit Carc 0783 - FIR! | 0 |
| 9/25/2016 | | SAMS CLUB | | $133.54 | #REF! | Credit Carc 0847 - US I | 0 |
| 10/9/2016 | | SAMS CLUB | | $404.17 | #REF! | Credit Carc 0847 - US I | 0 |
| 10/24/2016 | | SAMS CLUB | | $495.13 | #REF! | Credit Carc 0847 - US I | 0 |
| 10/29/2016 | | SAMS CLUB | | $228.23 | #REF! | Credit Carc 0783 - FIR! | 0 |
| 11/9/2016 | | SAMS CLUB | | $89.56 | #REF! | Credit Carc 0847 - US I | 0 |
| 11/18/2016 | | SAMS CLUB | | $165.00 | #REF! | Credit Carc 0847 - US I | 0 |
| 12/9/2016 | | SAMS CLUB | | $211.91 | #REF! | Credit Carc 0847 - US I | 0 |
| 12/11/2016 | | SAMS CLUB | | $52.44 | #REF! | Credit Carc 0847 - US I | 0 |
| 12/20/2016 | | SAMS CLUB | | $1.02 | #REF! | Credit Carc 0783 - FIR! | 0 |
| 1/2/2017 | | SAMS CLUB | | $51.71 | #REF! | Credit Carc 0847 - US I | 0 |
| 1/14/2017 | | SAMS CLUB | | $89.44 | #REF! | Credit Carc 0783 - FIR! | 0 |
| 1/14/2017 | | SAMS CLUB | | $3.25 | #REF! | Credit Carc 0783 - FIR! | 0 |
| | | SAMS CLUB | | $253.82 | #REF! | Credit Carc 0783 - FIR! | 0 |



PLAINTIFF'S EXHIBIT

| Date | Vendor | Amount | Reference |
|---|---|---|---|
| 2/7/2017 | SAMS CLUB | $112.16 | #REF! Credit Card 0847 - US |
| 2/17/2017 | SAMS CLUB | $11.92 | #REF! Credit Card 0847 - US |
| 2/27/2017 | SAMS CLUB | $89.68 | #REF! Credit Card 0847 - US |
| 3/18/2017 | SAMS CLUB | $732.33 | #REF! Credit Card 0847 - US |
| 4/5/2017 | SAMS CLUB | $264.03 | #REF! Credit Card 0847 - US |
| 5/13/2017 | SAMS CLUB | $697.00 | #REF! Credit Card 0847 - US |
| 6/28/2017 | SAMS CLUB | $333.62 | #REF! Credit Card 4680 - US |
| 7/23/2017 | SAMS CLUB | $966.03 | #REF! Credit Card 3844 - FIR |
| 8/26/2017 | SAMS CLUB | $1,452.58 | #REF! Credit Card 3844 - FIR |
| 8/27/2017 | SAMS CLUB | $423.91 | #REF! Credit Card 3844 - FIR |
| 9/3/2017 | SAMS CLUB | $1,324.90 | #REF! Credit Card 3844 - FIR |
| 9/10/2017 | SAMS CLUB | $516.19 | #REF! Credit Card 3844 - FIR |
| 9/17/2017 | SAMS CLUB | $964.25 | #REF! Credit Card 3844 - FIR |
| 9/19/2017 | SAMS CLUB | $537.67 | #REF! Credit Card 3844 - FIR |
| 10/5/2017 | SAMS CLUB | $77.58 | #REF! Credit Card 4680 - US |

0  16505.3

# I-80 Equipment, LLC
## DUE FROM JONES LEASE PROPERTIES, LLC Register
### January 1, 2015 - July 31, 2019

| Date | Number | Payee | Account | Memo | Type | Increase | Decrease | Balance |
|---|---|---|---|---|---|---|---|---|
| 6/16/2016 | | SAMS CLUB | Credit Card 6162 - FIR: GAS | | #REF! | $22.41 | | #REF! |
| 6/19/2016 | | SAMS CLUB | Credit Card 6162 - FIR: | 0 | #REF! | $16.20 | | #REF! |
| 7/9/2016 | | SAMS CLUB | Credit Card 6162 - FIR! FUEL FOR JONES LEASE | | #REF! | $25.28 | | #REF! |
| 10/18/2017 | 10/18/2017 | SAMS CLUB | Credit Card 9757 - US JONES LEASE INTERCO | | #REF! | $33.60 | | #REF! |
| 10/26/2017 | 10/26/2017 | SAMS CLUB | Credit Card 9757 - US JONES LEASE INTERCO | | #REF! | $105.21 | | #REF! |
| | | | | | | 202.7 | 0 | |



PLAINTIFF'S EXHIBIT F

I-80 Equipment, LLC
JP RENTALS SHORT TERM Register
January 1, 2015 - July 31, 2019

| Date | Number | Payee | Increase | Decrease | Balance | Type | Account | Memo |
|---|---|---|---|---|---|---|---|---|
| 10/18/2017 | 10/18/2017 | SAMS CLUB | $21.68 | | 21.68 | 0 | #REF! | Credit Card 9757 - US | JP RENTALS INTERCO |



PLAINTIFF'S EXHIBIT G