Form minordap

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* I80 Equipment, LLC                                 *Case No.:* 17–81749
*Debtor(s)*                                                  *Chapter* 7


Jeana K. Reinbold
*Plaintiff(s)*

    v.

Walmart Inc. d/b/a Wal–Mart and Sam's Club, a Delaware
corporation et al.
*Defendant(s)*                                               Adv. No. 19–08122

---

### ***ORDER***

*Notice is hereby provided:*

☐    A Hearing having been held on the following matters:

☑    The following having been filed:

    1. Defendants' Motion for Extension of Time Until January 23, 2020 to File Responsive Pleadings


***IT IS ORDERED THAT:***

    *MATTER*      *ACTION*

      1.        Allowed

*Other:*

Dated: 1/8/20

                                          /S/   Thomas L. Perkins
                                         United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.