Form appreci

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:*  I80 Equipment, LLC
*Debtor(s)*

*Case No.:* 17–81749
*Chapter* 7

Jeana K. Reinbold
*Plaintiff(s)*

    *v.*

Walmart Inc. d/b/a Wal–Mart and Sam's Club, a Delaware corporation et al.
*Defendant(s)*

Adv. No. 19–08122

## *NOTICE OF PRETRIAL CONFERENCE AND PRETRIAL ORDER*

Notice is hereby given that a Telephonic Pretrial has been set:

on **11/23/20 at 03:00 PM**

**Parties participating in this hearing are directed to call 1–877–336–1831 five minutes prior to the hearing time. Use Access Code 1082031.**

**Multiple hearings may be set at the same time. Please remain on the line until your hearing(s) are concluded and you are dismissed from the call. Participants are encouraged to review the court's telephone conference instructions prior to the scheduled hearing –
www.ilcb.uscourts.gov/judge–perkins–telephone–conferencehearing–protocol.**

COUNSEL FOR ALL PARTIES ARE ORDERED to confer with all opposing counsel before the scheduled pretrial conference and together prepare in writing and file with the Court no less than five (5) working days prior to the pretrial conference a *JOINT DOCUMENT,* captioned *"PRETRIAL STATEMENT".* It shall be the responsibility of the Plaintiff(s) to initiate the conference with opposing counsel and the preparation of the Pretrial Statement. The Pretrial Statement shall contain the following:

### *FOR PLAINTIFF*

1. A brief statement of the theory of each cause of action.
2. A brief summary of the plaintiff's contentions of facts in support of the cause(s) of action and the evidence to be relied upon to establish each of the facts contended.

### *FOR DEFENDANT*

1. A brief statement of the defense(s) including the theory of each defense.
2. A brief summary of the defendant's contentions of facts in support of the defense(s), and the evidence to be relied upon to establish each of the facts contended.

*NOTICE OF PRETRIAL*
  *CONFERENCE AND PRETRIAL ORDER*

*Page Two*

### FOR ALL PARTIES

In addition, the joint document shall include or have attached to it the following:

1. A Statement of all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's brief statement of contested legal issues.

All of the above is to be incorporated in one document (with attachments) which is to be signed by all attorneys prior to the filing. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF ALL ACTION, DEFAULT, THE ASSESSMENT OF COSTS AND ATTORNEY'S FEES OR OTHER APPROPRIATE PENALTIES.

The affidavits or other documentary proof which each party relies on in support of its contentions shall be exchanged by the parties at or before the time of filing of the PRETRIAL STATEMENT.

*Entered:* 10/2/20

　　　　　　　　　　　　　　　　　　　　　　　　　　　  /S/   Thomas L. Perkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

### NOTE: FAXED PRETRIAL STATEMENTS WILL NOT BE ACCEPTED.

Please be advised telephone conferences are recorded.

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.